```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 61407
   DORIS JEAN ORR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5664

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/16/2005 and was confirmed 02/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/05/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CREDIT UNION 1             SECURED          7634.87        1583.62       7634.87
CREDIT UNION 1             UNSECURED       NOT FILED          .00            .00
FIRST HORIZON HOME LOANS   CURRENT MORTG       .00            .00            .00
GENERAL MOTORS ACCEPTANC   SECURED         13625.00        2216.40      13625.00
GENERAL MOTORS ACCEPTANC   UNSECURED         871.60           .00         871.60
CIGARREST                  UNSECURED       NOT FILED          .00            .00
FAIRFIELD RESORTS INC      FILED LATE        200.58           .00            .00
FAIRFIELD RESORTS INC      SECURED NOT I   11967.96           .00            .00
ICELAND HEALTH             UNSECURED       NOT FILED          .00            .00
ILLINOIS LENDING CORPORA   UNSECURED       NOT FILED          .00            .00
MODA MODELLING AGENCY      UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         977.99           .00         977.99
WORLD COM                  UNSECURED        2282.51           .00        2282.51
CREDIT UNION 1             SECURED NOT I    805.73           .00            .00
FIRST HORIZON HOME LOANS   MORTGAGE ARRE       .00            .00            .00
PAUL KAROLL                DEBTOR ATTY     1,494.00                      1,494.00
TOM VAUGHN                 TRUSTEE                                       2,059.29
DEBTOR REFUND              REFUND                                       11,788.01

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             44,533.29

PRIORITY                                           .00
SECURED                                      21,259.87
   INTEREST                                   3,800.02
UNSECURED                                     4,132.10
ADMINISTRATIVE                                1,494.00
TRUSTEE COMPENSATION                          2,059.29
DEBTOR REFUND                                11,788.01

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 61407 DORIS JEAN ORR
```

```
                              ---------------      ---------------
TOTALS                             44,533.29            44,533.29
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |